IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THRESEA DONALD,<br><br>    PLAINTIFF,<br><br>vs.<br><br>NOVANT HEALTH, INC., d.b.a.<br>PRESBYTERIAN MEDICAL CENTER<br><br>    DEFENDANT. | Case No. 5:22-cv-00363-D-KS<br><br>**ORDER** |

This matter comes before the Court upon Defendant Novant Health Inc.'s Motion to Stay Discovery Pending Resolution of its Motion to Dismiss. After careful consideration of the motion and all related materials, the Court finds that good cause exists to stay discovery and GRANTS the motion.

IT IS THEREFORE ORDERED that:

All discovery shall be stayed pending the resolution of Novant Health Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint.

This the  15  day of November, 2022.

                                                JAMES C. DEVER III
                                              United States District Judge