IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-363-D

| | |
|---|---|
| THERESA DONALD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NOVANT HEALTH, INC., | ) |
| Defendant. | ) |

The court has reviewed the pending motions under the governing standards. The court GRANTS plaintiff's motion to amend [D.E. 19]. Plaintiff shall file her second amended complaint not later than April 21, 2023. Defendant may plead in response to the second amended complaint not later than May 31, 2023. See Fed. R. Civ. P. 15(a)(3). The court DENIES as moot defendant's motions to dismiss [D.E. 8, 14].

SO ORDERED. This 17 day of April, 2023.

JAMES C. DEVER III
United States District Judge