# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| Thresea Donald, <br><br> Plaintiff, <br><br> vs. <br><br> Novant Health, Inc., d.b.a. Presbyterian Medical Center <br><br> Defendant. | Case No. 5:22-cv-00363-D-KS <br><br> **ORDER** |

This matter comes before the Court upon the Consent Motion to Stay Discovery Pending Resolution of Motion to Dismiss in Part Plaintiff's Second Amended Complaint. After careful consideration of the motion and all related materials, the Court finds that good cause exists to stay discovery and GRANTS the motion.

IT IS THEREFORE ORDERED that:

All discovery shall be stayed pending the resolution of Novant's Motion to Dismiss in Part Plaintiff's Second Amended Complaint.

SO ORDERED. This the 31 day of July, 2023.

JAMES C. DEVER III
United States District Judge